**STRONGSTOWN B &
K ENTERPRISES,
INC., Appellant**

v.

**COMMONWEALTH of Pennsylvania,
Appellee**

**No. 4 MAP 2017**

Supreme Court of Pennsylvania.

DECIDED: September 28, 2017

PER CURIAM

.**ORDER**

**AND NOW,** this 28th day of September, 2017, the order of the Commonwealth Court is **AFFIRMED.**